# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0342

VERSUS

PRESTON G. DEMOUCHET, JR.                            **JULY 5, 2022**

---

In Re:    Preston G. Demouchet, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 95-141810.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT DENIED.** A conviction may not be collaterally attacked through a motion to correct an illegal sentence. See La. Code Crim. P. art. 881.5. It is well established that a pleading is construed for what it really is and not for what it is labeled. **Rochon v. Young**, 2008-1349 (La. App. 1st Cir. 2/13/09), 6 So.3d 890, 892, writ denied, 2009-0745 (La. 1/29/10), 25 So.3d 824. If the inmate files a pleading that requests postconviction relief, the pleading should be treated as such, including the application of the time limit of article 930.8. See **State v. Jarrow**, 2004-0483 (La. 9/24/04), 882 So.2d 1160.

                              **PMc**
                              **JEW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

<u>Vames S. Nui</u>
  DEPUTY CLERK OF COURT
     FOR THE COURT